

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEBORA ISOME, | § | |
| | | No. 08-14-00020-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law No. 2 |
| LINDA LIEU, | § | |
| | | of Dallas County, Texas |
| Appellee. | § | |
| | | (TC# CC-1306323-B) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.